1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12   WILLIAM T. GLENN, JR.,                    )    CASE NO. EDCV 07-973 AGR
                                              )
13                   Plaintiff,               )
                                              )    JUDGMENT
14          vs.                               )
                                              )
15   MICHAEL J. ASTRUE, Commissioner of       )
     Social Security Administration,          )
16                                            )
                     Defendant.               )
17   ─────────────────────────────────────   )

18          In accordance with the Memorandum Opinion filed concurrently herewith,

19          IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

20   Commissioner of Social Security Administration.

21

22   DATED: August 21, 2009
                                              ─────────────────────────────────
23                                                   ALICIA G. ROSENBERG
                                              UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28